IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GREGORY MORELAND,
FDOC Inmate No. L91755,
    Plaintiff,

vs.                                    Case No.: 3:18cv1610/LAC/EMT

WARDEN CLEMONS, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated September 17, 2018, Plaintiff was granted leave to proceed in forma pauperis and was given thirty (30) days in which to pay an initial partial filing fee in the amount of $19.33 (ECF No. 5). Plaintiff failed to pay the initial partial filing fee; therefore, on November 6, 2018, the court issued an order requiring Plaintiff to show cause as to why this case should not be dismissed for Plaintiff's failure to pay the initial partial filing fee as directed, and gave Plaintiff twenty-one (21) days to respond (ECF No. 6). Claiming that he no longer had enough funds in his inmate account to pay the initial partial filing fee, Plaintiff responded by

filing a request that the initial partial filing fee be waived or converted to a civil lien (ECF No. 7).  The court then ordered Plaintiff to file an updated copy of his prisoner account statement, and Plaintiff complied (ECF Nos. 8, 9).

On December 13, 2018, after reviewing all available financial information, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court; specifically, why this case should not be dismissed for failing to submit the initial partial filing fee and purposefully divesting funds (ECF No. 10).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to submit the initial partial filing fee of $19.33, show cause why this case should not be dismissed for failing to submit the initial partial filing fee and purposely divesting funds, or file a notice of voluntary dismissal.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 10th day of January 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

Case No.: 3:18cv1610/LAC/EMT

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.